[No. 3380.    Decided December 27, 1900.]

UNITED STATES SAVINGS & LOAN COMPANY, *Appellant*, v. HARRISON OWENS *et ux.*, *Respondents*.

Appeal from Superior Court, Chehalis County.—Hon. CHARLES W. HODGDON, Judge. Affirmed.

*Shank & Smith*, for appellant.

*Greene & Griffiths* (*J. A. Hutcheson*, of counsel), for respondents.

PER CURIAM.—This was an action to foreclose a mortgage given by the respondents to the appellant to secure a loan made upon the terms and conditions common to building and loan associations. The trial court held that all payments made by the borrower to the company whether as dues, premiums, fines, interest, or otherwise, applied directly upon the loan, discharging it *pro tanto,* and the correctness of this holding is the question here. In *Hale v. Stenger*, 22 Wash. 516, 699 (61 Pac. 156), we decided that such payments should be so applied, and for the reasons given in that case the judgment will stand affirmed.

---

[No. 3407.    Decided December 27, 1900.]

CHARLES P. HOPKINS *et al.*, *Respondents*, v. WILLIAM HALE, *as Receiver of the American Savings & Loan Association*, *Appellant*.

Appeal from Superior Court, King County.—Hon. WILLIAM HICKMAN MOORE, Judge. Affirmed.

*Clise & King*, for appellant.

*Fred H. Peterson*, for respondent.

PER CURIAM.—On the authority of the case of *Hale v. Stenger*, 22 Wash. 516, 699 (61 Pac. 156), the judgment of the trial court is affirmed.